UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWIN R. BLACKBURN, | Civil No. C08-5141JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including September 2, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including September 16, 2008, to file Plaintiff's Reply Brief.

///

///

Page 1      ORDER- [C08-5141JKA]

DATED this 18th day of August, 2008.

                                     */s/ J. Kelley Arnold*
                                     UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAVID J. BURDETT    WSB # 29081
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2522
FAX: (206) 615-2531
david.burdett@ssa.gov