UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWIN R. BLACKBURN, | Civil No. C08-5141JKA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

It is hereby ORDERED that the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will:

- Re-evaluate the opinions of Drs. Brigman, Essink and Lysak;
- Reconsider the lay evidence;
- Reassess Plaintiff's credibility; and,

Page 1     ORDER - [C08-5141JKA]

- Make a new finding as to Plaintiff's ability to adjust to other work existing in significant numbers in the national economy.

DATED this 3rd day of September, 2008.

                                        */s/ J. Kelley Arnold*
                                      UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov