UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWIN R. BLACKBURN,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. C08-5141JKA<br><br><br><br>JUDGMENT |

The Court hereby enters JUDGMENT that this case is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) as noted in this Court's ORDER.

DATED this 3rd day of September, 2008.

　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　JUDGMENT - [C08-5141JKA]

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | Page 2    JUDGMENT - [C08-5141JKA] |